# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3215

_____

Terry G. Watson

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted:  May 31, 2019
Filed: June 5, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Terry G. Watson appeals the district court's[1] decision upholding the denial of disability insurance benefits (DIB). We conclude that substantial evidence on the record as a whole supports the determination that Watson is not entitled to DIB, see Gann v. Berryhill, 864 F.3d 947, 950-51 (8th Cir. 2017) (de novo review); and that Watson's arguments for reversal lack merit. The judgment is affirmed. See 8th Cir. R. 47B.

————————————————

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).